UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                   Case No. 17-44832

INFINITI HOMES INTERNATIONAL INC.,        Chapter 11

        Debtor.                                  Judge Thomas J. Tucker
_____/

**ORDER REQUIRING DEBTOR TO AMEND DISCLOSURE STATEMENT**

      On July 31, 2017, the Debtor filed a plan and disclosure statement, in a document entitled "Combined Disclosure Statement and Plan of Reorganization" (Docket # 23). The Court cannot yet grant preliminary approval of the disclosure statement contained within this document ("Disclosure Statement"). The Court notes the following problems, which Debtor must correct.

      First, in Paragraph I.B of the Plan on page 4, Debtor states: "Counsel anticipates approximately $10,000.00 in legal fees being due on the Effective Date of the Plan." But on page 15 of the Disclosure Statement, Debtor states: "The Debtor estimates additional administrative expense of approximately $5,000 for legal fees." Debtor must correct or explain this apparent internal inconsistency.

      Second, Debtor must change "Class III" to "Class II" in Paragraph B.3 of the Plan on page 8.

      Third, Debtor states, in discussing Class I in Paragraph B.2 of the Plan on page 4, in relevant part: "There is no unsecured claims as the Debtor seeks to retain the collateral and pay the claim of Wayne County Treasurer in full." Debtor must revise this section to state that although some of the claims of the Wayne County Treasurer are, in part, unsecured because the amount of the claim exceeds the value of the property securing the claim with respect to some

properties, all of the claims of the Wayne County Treasurer will be treated as fully secured under the Plan and will be paid in full, with interest. Debtor must revise Paragraph IV.E. of the Disclosure Statement on page 15 to state the same thing.

Fourth, there appears to be a typographical error in Paragraph V.D of the Plan on page 17, in which Debtor indicates that "Christopher Richter" will continue the operation of the business. Debtor must correct this. If this is not a typographical error, Debtor must explain who Christopher Richter is.

Fifth, Debtor must delete the last sentence of Paragraph VI.E of the Disclosure Statement on page 19, which states: "See Part II-A of this Disclosure Statement to determine which of the above paragraphs applies in this case."

Accordingly,

IT IS ORDERED that no later than **August 4, 2017**, Debtor must file an amended combined plan and disclosure statement that is consistent with this Order.

IT IS FURTHER ORDERED that no later than **August 4, 2017**, Debtor also must file a redlined version of the amended combined plan and disclosure statement, showing the changes Debtor has made to Debtor's "Combined Disclosure Statement and Plan of Reorganization" filed July 31, 2017.

**Signed on August 2, 2017**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**